UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF:

THE COMPLAINT AND PETITION OF
MARINE TOWING & SALVAGE OF S.W.          Case No. 2:21-cv-44-JLB-MRM
FL. INC., as owners and/or owners pro hac
vice of a 1991 24' Rib/Tow Vessel, Hull ID
No. FLZ24RB91181, Registration Number
FL8015SM, in a cause of action for
Exoneration from and/or Limitation of
Liability,

            Petitioner.

_____/

## **ORDER**

The Magistrate Judge filed a Report and Recommendation ("R&R") in this

matter on June 9, 2021, recommending that Petitioner's motion for final judgment

of exoneration of liability be granted in this admiralty action.  (Doc. 32.)  No

objections have been filed.  A district judge may accept, reject, or modify the

magistrate judge's R&R.  28 U.S.C. § 636(b)(1).  The factual findings in the R&R

need not be reviewed de novo in the absence of an objection, but legal conclusions

are always reviewed de novo.  Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603,

604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objections

have been filed—the Court agrees with the well-reasoned R&R.  The only claimant

who filed a claim in this case, Joann Manipole, stipulated to dismissal.  (Doc. 28.)

Petitioner has otherwise sufficiently complied with all the procedural obligations of

Supplemental Rule 4(F), and default judgment should therefore be entered against

potential claimants who have failed to file or otherwise state a claim in response to the Complaint and Petition for Exoneration from or Limitation of Liability. (Doc. 1.) Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 32) is **ADOPTED**.

2. Petitioner's Motion for Entry of Final Judgment of Exoneration of Liability (Doc. 31) is **GRANTED.**

3. The Clerk **SHALL** enter a default judgment against all claimants who have not timely filed claims or responded to the Complaint and Petition for Exoneration from or Limitation of Liability. (Doc. 1.)

4. Petitioner **SHALL** be exonerated from all liability arising out of the incident described in the Complaint and Petition for Exoneration from or Limitation of Liability. (Doc. 1.)

5. The Clerk is directed to close the case.

**ORDERED** in Fort Myers, Florida, on June 28, 2021.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE